United States District Court
Southern District of Texas
**ENTERED**
June 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:20-CR-00446-002 |
| § | |
| NIKESHA DIXON § | |

### ORDER TO SHOW CAUSE

A sentencing hearing was held June 27, 2025, at 10:00 AM before Judge Alfred H. Bennett. The case was called and the defendant, Nikesha Dixon and her attorney Jason Terrel Johnson failed to appear.

IT IS HEREBY ORDERED that Attorney Jason Terrel Johnson, counsel of record for defendant appear before this court on **July 8, 2025, at 1:30 PM** to show cause why he should not be removed as counsel for the defendant due to his repeated failures to appear at hearings as required.

Signed on June 27, 2025

_____
Alfred H. Bennett
United States District Judge